UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dennis Palmerini</u>

    v.                             Civil No. 12-cv-505-JD

<u>Fidelity Brokerage Services, LLC</u>

O R D E R

On June 4, 2013, a preliminary pretrial conference was held in this case. Attorney Darlene M. Danielle appeared for plaintiff; Attorneys Edward J. Sackman and Emily G. Rice appeared for defendant.

Counsel are in agreement on the terms of the discovery plan but intend to file a supplement to the plan on issues concerning electronic discovery. Counsel requested, and the court agreed, to delay approval of the plan until that supplement is filed. Counsel shall file the supplement on or before June 14, 2013.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: June 4, 2013

cc: Darlene M. Daniele, Esq.
    Emily G. Rice, Esq.
    Edward J. Sackman, Esq.